**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01229-CV

## IAN ACREY, PETROLIA GROUP, LLC, PETROLIA WEST I, LLC, AND QUANAH ACME, LLC, Appellants

### V.

## KILGORE & KILGORE, PLLC, Appellee

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-03110-L**

## ORDER

We **GRANT** appellee's unopposed motion for leave to file appellee's brief. Appellee's brief received by the Clerk of the Court on August 8, 2016 is **DEEMED** timely filed on the date of this order.

Appellants' reply brief shall be due **TWENTY DAYS** from the date of this order. TEX. R. APP. P. 38.6(c).

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE